UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM ARNOLD,<br>     Plaintiff, | :<br>: |
| | :    PRISONER |
| v. | :    CASE NO. 3:11-cv-1343 (VLB) |
| | : |
| DAVID BUCK, et al.,<br>     Defendants. | :<br>: |

### RULING ON PLAINTIFF'S MOTION TO AMEND [Doc. #4]

The plaintiff filed this civil rights action seeking damages from the defendants.  On October 21, 2011, he filed a motion to amend his complaint because he neglected to include a prayer for relief in the original complaint.  The original complaint includes a prayer for relief.  Thus, amendment is not necessary.

In addition, instead of submitting a complete amended complaint with his motion, the plaintiff asks the court to append a page to the original complaint.  Once a document has been filed, the court cannot alter that document.

The plaintiff's motion to amend [Doc. #4] is DENIED.

                            IT IS SO ORDERED.

                                  /s/
                          Vanessa L. Bryant
                          United States District Judge

Dated at Hartford, Connecticut: March 1, 2012.

Case 3:11-cv-01343-VLB   Document 15   Filed 03/01/12   Page 2 of 2